# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

      VS                                CASE NO.  3:10cv454/WS/CJK

MARK DANIEL LEITNER

## REFERRAL AND ORDER

Referred to Magistrate Judge Kahn on _____March 15, 2011_____
Type of Motion/Pleading:_Objection and Notice of Non-Consent Refusal_
_of Offer Indemnification Required_____
Filed by: _Defendant Leitner_____ on _3/14/11_____ Document _41_____
( ) Stipulated/Consented/Joint Pleading
RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
JESSICA J. LYUBLANOVITS
CLERK OF COURT

_s/ Mary Maloy_____
Deputy Clerk: Mary Maloy

## ORDER

Upon consideration of the foregoing, it is ORDERED this 16th day of
March, 2011, that:
(a)   The objection is OVERRULED.
(b) _____
    _____

/s/ *Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE