IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    CASE NO. 3:10cv454/RS-CJK

MARK DANIEL LEITNER and
FLORIDAUCC, INC., a Florida
corporation,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 74) and Defendant Leitner's Petition, Notice, Affidavit Of Facts And Objection (Doc. 76).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Motion To Reinstate Default And Application For Default Judgment Against Defendant Mark Daniel Leitner (Doc. 61) is granted.

3. The Notices of Claim of Maritime Lien, UCC Financing Statements, UCC Financial Statement Addenda, and other documents filed by Defendant Mark Daniel Leitner against Jarod Koopman, Tiffany Eggers, Thomas Kirwin, Mark Watling, Adam Hulbrig, William McCool, Jonathan Marx, and the United States District Court for the Northern District of Florida are declared false, fraudulent, null and void, and of no legal force or effect.

4.   Defendant Mark Daniel Leitner is permanently enjoined him from filing, or causing to be filed, any financing statement or claim of lien of any kind against any federal employee unless Defendant Leitner has had bona fide commercial dealings with the person and the person has signed a contract, note, security agreement, or other document explicitly authorizing the filing.

5.   Defendant Mark Daniel Leitner shall disclose to counsel for the Plaintiff all actions similar to the filings described in the Report and Recommendation (Doc. 74) within thirty days of the entry of judgment.

6.   The clerk shall enter judgment against Defendant Mark Daniel Leitner accordingly.

7.   This case is referred back to the Magistrate Judge for further proceedings on Plaintiff's claims against Defendant FloridaUCC, Inc., including the issuance of an initial scheduling order.

**ORDERED** on June 24, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**