UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

    VS                                                   CASE NO. 3:10cv454 RS/CJK

MARK DANIEL LEITNER and
FLORIDAUCC, INC., a Florida
corporation

## DEFAULT JUDGMENT

Pursuant to and at the direction of the Court, Default Judgment is entered against Defendant **MARK DANIEL LEITNER** and in favor of Plaintiff **UNITED STATES OF AMERICA**.

                                                      JESSICA J. LYUBLANOVITS
                                                      CLERK OF COURT

 June 24, 2011                            s/Susan Anderson
DATE                                           Deputy Clerk: Susan Anderson