IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                CASE NO. 3:10-cv-454/RS-CJK

MARK DANIEL LEITNER and
FLORIDAUCC, INC., a Florida
corporation,

    Defendants.
_____/

## ORDER

The relief requested in petitioner's Petition to Vacate Order, Notice and Demand, and Objection (Doc. 83) is **DENIED**.

**ORDERED** on July 15, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**