IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                    CASE NO. 3:10cv454/RS-CJK

MARK DANIEL LEITNER, and
FLORIDAUCC, Inc., a Florida
corporation,

    Defendants.
_____/

## ORDER

Before me is Plaintiff's Agreed Motion For Permament Injunction (Doc. 88). I have previously granted Plaintiff's Motion to Reinstate Default and Application for Default Judgment Against Defendant Mark Daniel Leitner (Doc. 77).

**IT IS ORDERED** that the relief requested by the Agreed Motion for Entry of Permanent Injunction filed by Plaintiff and FloridaUCC, Inc. is granted. The clerk is directed to enter judgment as follows:

1.     FloridaUCC shall remove from the Uniform Commercial Code registry each document Leitner filed against Thomas Kirwin, Tiffany Eggers, and William McCool, including, without limitation, the documents attached as Exhibits C and E to the Complaint (Doc. 1). The removal shall be accomplished as soon as feasible, but in no event later than August 31, 2011.

2. FloridaUCC may maintain for its own records the original or a copy of a removed document, so long as (a) the document is maintained outside the UCC registry so that it will not be found in an ordinary search of UCC filings, and (b) the document is marked: "This document has been declared void and of no effect by the United States District Court for the Northern District of Florida in Case No. 3:10-cv-00454-WS-MD." A document is "marked" within the meaning of this paragraph only if the required statement is prominently set forth on each page of the document or firmly affixed to the front of the document in a way that will bring it to the attention of anyone who looks at or reads the document.

3. FloridaUCC shall not file in the UCC registry any document that Leitner tenders for filing without further order from this Court.

4. References in this order to "Leitner" mean Mark Daniel Leitner regardless of whether he is referred to by that name, by any variation of that name, or by any other name, or any person that FloridaUCC knows is acting on Leitner's behalf. But FloridaUCC's obligations apply only to filings using the name "Mark Daniel Leitner," or a recognizable variation, or a name that FloridaUCC knows or should know is being used by Leitner.

5. FloridaUCC must immediately search its registry to ensure that all filings by Leitner against the above-named federal officials are removed.

6. FloridaUCC must respond in writing to inquiries from the public at large about any filings identified by Leitner against the federal officials and shall advise the inquirer about fraudulent and false nature of Leitner's filings.

7. FloridaUCC must disclose to the United States Attorney all other filings made by Leitner so that the Court may take appropriate action to remove those filings without delay.

8. FloridaUCC shall provide written notice to the United States Attorney of any effort by Leitner or anyone acting in his stead to file new documents claiming any

financial relationship with him.

      9.      The Court reserves jurisdiction to enforce this injunction.

      10.     Upon entry of judgment in the form set forth in this Order, the Clerk of Court is directed to close the file.

**ORDERED** on August 1, 2011.

          /S/ Richard Smoak
          **RICHARD SMOAK**
          **UNITED STATES DISTRICT JUDGE**