IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                  CASE NO. 3:10-cv-454/RS-CJK

**MARK DANIEL LEITNER and
FLORIDAUCC, INC., a Florida
corporation,**

    Defendants.
_____/

## ORDER

Before me is the Notice of Settlement (Doc. 89). Defendant FLORIDAUCC, INC. is dismissed as a party to this case.

**ORDERED** on August 4, 2011.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK
                                          UNITED STATES DISTRICT JUDGE**